Case No. 16-3949

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JOHN WALTER GOLD,

    Appellant,

v.

UNITED STATES TRUSTEE,

    Appellee.

```
FILED
Dec 14, 2017
DEBORAH S. HUNT, Clerk
```

## ORDER FOR JOINT MOTION TO REMAND

In accordance with the confidential settlement agreement reached between the parties under Rule 33 of the Sixth Circuit Rules, the parties have jointly moved, pursuant to Rule 12.1, of the Federal Rules of Appellate Procedure, for a limited remand of this case to the United States Bankruptcy Court for the Northern District of Ohio Eastern Division for the purpose of granting the Trustee's Amended Motion for Authority to Compromise Controversy with John Gold pursuant to Bankruptcy Rule 8008.

Upon consideration of the motion, and further considering the Bankruptcy Court's Order of October 18, 2017,

**IT IS ORDERED** that the motion shall be, and it hereby is GRANTED. The appeal is remanded to the Bankruptcy Court for further proceedings. The parties shall notify this Court within 28 days following the Bankruptcy Court's decision and the effect of such decision on disposition of the appeal.

ENTERED PURSUANT TO RULE 33
OF THE SIXTH CIRCUIT RULES

Deborah S. Hunt, Clerk