Case No. 16-3949

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

JOHN WALTER GOLD

       Appellant

v.

UNITED STATES TRUSTEE

       Appellee

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

Motion for Voluntary Dismissal filed by the Appellant,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 01, 2018

_____